# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DANIEL BUTENHOFF and** <br> **CHRISTINE BUTENHOFF,** <br><br> Plaintiffs, <br><br> VS. <br><br> **NCO FINANCIAL SYSTEMS, INC.,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CASE NO. 4:08-CV-00487 CEJ <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, the Plaintiffs serve written notice that the Defendant's offer of judgment, attached, for $3,500.00 plus fees and costs, is accepted. Accordingly, Plaintiff requests the Clerk to enter judgment in favor of Plaintiffs and against Defendant for $3,500.00, with costs and a reasonable attorney's fee to be set by the Court upon application by the Plaintiff.

Plaintiffs do not agree to any other terms or conditions express or implied other than as required and provided by Fed. R. Civ. P. 68. Accordingly, the Plaintiff does not stipulate or agree to any limitation of the meaning, use, import or purpose of Defendant's offer.

Respectfully submitted,

    /s/ Debra K. Lumpkins
Debra K. Lumpkins
E.D. Mo. #502756
Gateway Legal Services, Inc.
Attorneys for Plaintiff
200 N. Broadway, Suite 950
St. Louis, MO 63102
(314) 534-0404; Fax: 652-8308
dklumpkins@gatewaylegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was electronically filed with the United States District Court for the Eastern District of Missouri and served on counsel for the Defendant by operation of the Court's CM/ECF electronic filing system on this 15th day of September, 2007.

/s/Debra K. Lumpkins
Debra K. Lumpkins