## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DANIEL BUTENHOFF and | ) | |
| CHRISTINE BUTENHOFF, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | CASE NO. 4:08-CV-00487 CEJ |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' FEE APPLICATION

Plaintiffs apply for an award of fees against Defendant in the sum of $4390.00 plus $376.00 costs ($350.00 filing fee, $26.00 service fee).  Pursuant to an Offer of Judgment, Defendant offered, and Plaintiff accepted, $3,500.00 in damages, as yet unpaid.

Counsel submits a memorandum and an affidavit as to time and experience herewith, and affidavits of other attorneys in support.

DANIEL BUTENHOFF
CHRISTINE BUTENHOFF

/s/  Debra K. Lumpkins
BY: Debra K. Lumpkins, #502756
GATEWAY LEGAL SERVICES, INC.
Attorneys for Plaintiff
200 N. Broadway, Suite 950
St. Louis, MO 63102
(314) 534-0404; Fax: 652-8308
dlumpkins@gatewaylegal.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was electronically filed with the United States District Court for the Eastern District of Missouri and served on counsel for the Defendant by operation of the Court's CM/ECF electronic filing system on this 23rd day of September, 2008.

/s/  Debra K. Lumpkins