# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DANIEL BUTENHOFF and <br> CHRISTINE BUTENHOFF, <br><br> Plaintiffs, <br><br> VS. <br><br> NCO FINANCIAL SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 4:08-CV-00487 CEJ <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF RESOLUTION OF ATTORNEY FEES

COME NOW Plaintiffs and notify this Court that parties have reached a resolution regarding attorney fees and costs. In support thereof, Plaintiffs state as follows:

1. Plaintiffs accepted Defendant's Offer of Judgment for $3500.00 on September 15, 2008. The issue of attorney fees was not resolved in the Offer and the Acceptance.

2. Plaintiffs filed a Fee Application on September 23, 2008.

3. Parties have since reached agreement regarding attorney fees and costs. Defendant will pay an additional $3500 in fees.

4. Plaintiffs request that judgment issue in the total amount of $7,000.00, inclusive of all costs and attorney fees.

Respectfully submitted,

    /s/ Debra K. Lumpkins
Debra K. Lumpkins, E.D. Mo. #502756
Gateway Legal Services, Inc.
Attorneys for Plaintiffs
200 N. Broadway, Suite 950
St. Louis, MO 63102
(314) 534-0404; Fax: 652-8308
dklumpkins@gatewaylegal.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was electronically filed with the United States District Court for the Eastern District of Missouri and served on counsel for the Defendant by operation of the Court's CM/ECF electronic filing system on this 8th day of October, 2008.

/s/Debra K. Lumpkins
Debra K. Lumpkins