```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

DANIEL BUTENHOFF, et al.,          )
                                   )
            Plaintiffs,            )
                                   )
      vs.                          )    No. 4:08-CV-487 (CEJ)
                                   )
NCO FINANCIAL SYSTEMS, INC.,       )
                                   )
            Defendant.             )

### JUDGMENT

In accordance with plaintiffs' acceptance of the offer of judgment, pursuant to Fed.R.Civ.P. 68, and the notice of resolution of attorney fees,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor plaintiffs Daniel Butenhoff and Christine Butenhoff, and against defendant, NCO Financial Systems, Inc., in the sum of $7,000.00, inclusive of attorney's fees and costs.

**IT IS FURTHER ORDERED** that plaintiffs' motion for attorney's fees [Doc. #17] is **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of November, 2008.